
FILED

MAR 29 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-mj-00122-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK TO TRANSFER MONIES FROM REGISTRY ACCOUNT TO CLERK OF THE COURT WHERE CHARGES ARE PENDING |
| MARCO ANTONIO MORFIN ALVAREZ, | |
| Defendant. | |

On September 16, 2016, the court entered an order as to defendant Marco Antonio Morfin Alvarez, releasing the defendant on a $5,000 cash bond (Doc. No. 6 and No. 7). On September 14, 2016 the case was transferred to the District of Hawaii. Therefore, the Clerk of the Court is hereby ordered to transfer any bond deposited in the registry of this court plus accrued interest to the Clerk of the Court where the charges are pending.

IT IS SO ORDERED.

Dated: 3/29/19

UNITED STATES MAGISTRATE JUDGE

1